Rose Schwind, as Administratrix, etc., of William P. Schwind, Deceased, Appellant, v. The Long Island Railroad Company, Respondent.— Motion

Second Department, July, 1913.                    [Vol. 158.

for leave to appeal to the Court of Appeals denied.   Present — Burr, Carr, Rich, Stapleton and Putnam, JJ.